ORIGINAL

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------------------------------x
:
In re                                               :    Chapter 11
                                                    :
PROSPECTOR OFFSHORE                                 :    Case No. 17-11572 (CSS)
DRILLING S.À R.L.                                   :
                                                    :
            Debtor.                                 :
                                                    :
Tax I.D. No. 98-0694427                             :
------------------------------------------------------x
                                                    :
In re                                               :    Chapter 11
                                                    :
PROSPECTOR RIG 1                                    :    Case No. 17-11573 (CSS)
CONTRACTING COMPANY S.À R.L.                        :
                                                    :
            Debtor.                                 :
                                                    :
Tax I.D. No. 98-1117441                             :
------------------------------------------------------x
                                                    :
In re                                               :    Chapter 11
                                                    :
PROSPECTOR RIG 5                                    :    Case No. 17-11574 (CSS)
CONTRACTING COMPANY S.À R.L.                        :
                                                    :
            Debtor.                                 :
                                                    :
Tax I.D. No. 98-1250985                             :
------------------------------------------------------x
                                                    :
In re                                               :    Chapter 11
                                                    :
PARAGON OFFSHORE PLC                                :    Case No. 17-11575 (CSS)
(IN ADMINISTRATION)                                 :
                                                    :
            Debtor.                                 :
                                                    :
Tax I.D. No. 98-1146017                             :    Re: Docket No. 3
------------------------------------------------------x

## ORDER DIRECTING JOINT ADMINISTRATION OF THE NEW DEBTORS' CHAPTER 11 CASES PURSUANT TO BANKRUPTCY RULE 1015(b)

Upon the motion, dated July 20, 2017 (the "**Motion**"),[1] of Prospector Offshore Drilling S.à r.l. and its affiliated debtors, as debtors and debtors in possession (collectively, the "**New Debtors**"),[2] for an order directing joint administration of the New Debtors' cases pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015–1, as more fully set forth in the Motion; and upon consideration of the Ahlstrom Declaration; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated February 29, 2012; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to the Notice Parties, and it appearing that no other or further notice need be provided; and the Court having reviewed the Motion; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is in the best interests of the New Debtors and their respective estates and creditors; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor,

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

[2] The New Debtors in these chapter 11 cases, along with the last four digits of each New Debtor's federal tax identification number, as applicable, are: Prospector Offshore Drilling S.à r.l. (4427); Prospector Rig 1 Contracting Company S.à r.l. (7441); Prospector Rig 5 Contracting Company S.à r.l. (0985); and Paragon Offshore plc (in administration) (6017). The mailing address for Prospector Offshore Drilling S.à r.l., Prospector Rig 1 Contracting Company S.à r.l., and Prospector Rig 5 Contracting Company S.à r.l. is 3151 Briarpark Drive, Suite 700, Houston, Texas 77042. The mailing address for Paragon Offshore plc (in administration) is c/p Deloitte LLP, Four Brindleyplace, Birmingham, B1 2HZ, United Kingdom. Neville Barry Kahn and David Philip Soden, each of Deloitte LLP, are the joint administrators of Paragon Offshore plc (in administration) (the "**Joint Administrators**"). The affairs, business and property of Paragon Offshore plc (in administration) are managed by the Joint Administrators.

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted to the extent set forth herein.

2. The above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by the Court under Case No. 17-11572 (CSS).

3. Nothing contained in this Order shall be deemed or construed as directing or otherwise affecting the substantive consolidation of any of the above-captioned cases.

4. The caption of the jointly administered cases should read as follows:

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

```
------------------------------------------------------x
In re                                    :    Chapter 11
                                         :
PROSPECTOR OFFSHORE                      :    Case No. 17-11572 (CSS)
DRILLING S.à r.l., et al.,               :
                                         :    Jointly Administered
            Debtors.¹                    :
------------------------------------------------------x
```

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Prospector Offshore Drilling S.à r.l. (4427); Prospector Rig 1 Contracting Company S.à r.l. (7441); Prospector Rig 5 Contracting Company S.à r.l. (0985); and Paragon Offshore plc (in administration) (6017). The mailing address for Prospector Offshore Drilling S.à r.l., Prospector Rig 1 Contracting Company S.à r.l., and Prospector Rig 5 Contracting Company S.à r.l. is 3151 Briarpark Drive, Suite 700, Houston, Texas 77042. The mailing address for Paragon Offshore plc (in administration) is c/p Deloitte LLP, Four Brindleyplace, Birmingham, B1 2HZ, United Kingdom. Neville Barry Kahn and David Philip Soden, each of Deloitte LLP, are the joint administrators of Paragon Offshore plc (in administration) (the "**Joint Administrators**"). The affairs, business and property of Paragon Offshore plc (in administration) are managed by the Joint Administrators.

5. A docket entry shall be made in each of the above-captioned cases (except the chapter 11 case of Prospector Offshore Drilling S.à r.l. (in administration) substantially as follows:

> An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of Prospector Rig 1 Contracting Company S.à r.l.; Prospector Rig 5 Contracting Company S.à r.l; and Paragon Offshore plc (in administration) (6017). The docket in Case No. 17-11572 (CSS) should be consulted for all matters affecting this case.

3

6. The New Debtors are authorized to take all steps necessary or appropriate to carry out this Order.

7. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: July 27, 2017
Wilmington, Delaware

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE